**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIBUEDEFE J. OGHOGHO,<br><br>*Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF OF POLICE CHARLIE BECK, LOS ANGELES POLICE OFFICERS ROBERT JENKINS #46042 JAVIER TAFOYA #39069, BRIAN POLEN #38918, KENDRA BROWNE #38617, JUAN RINCON #38814, RICHARD DE LA TORRE #39205, REYNALDO AMAYA #36152, JEFFREY PAILET #23307, ASSISTANT COMMANDING OFFICER ANDREW SMITH #26165, COMMANDING OFFICER BEATRICE GIRMALA #24916, and DOES 1 TO 10,<br><br>*Defendants.* | Case No.: CV12-08398-PLA<br>*[Assigned to Magistrate Judge Paul L. Abrams, Crtrm. G]*<br>*(Complaint Filed: Sept 28, 2012)*<br><br>**ORDER RE: STIPULATION TO DISMISS THE ENTIRE ACTION PURSUANT TO F.R.C.P. §41(a)(1)(A)(ii)**<br><br>*[Filed concurrently with Stipulation to Dismiss]* |

Having reviewed the stipulation and agreement by and between Plaintiff **AIBUEDEFE J. OGHOGHO** and Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE BECK, REYNALDO AMAYA,**

1

1 **ROBERT JENKINS, JAVIER TAFOYA, BRIAN POLEN, KENDRA BROWNE,**
2 **JUAN RINCON, RICHARD DE LA TORRE, JEFFREY PAILET, ANDREW**
3 **SMITH, AND BEATRICE GIRMALA** by and through their undersigned counsel, that
4 pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this Court orders as follows:
5     THIS MATTER IS DISMISSED WITH PREJUDICE AS TO ALL
6 DEFENDANTS, each party to bear its own attorney fees and costs.
7     Inasmuch as all claims against all parties have now been dismissed, the matter is
8 hereby closed.

10 DATED: July 9, 2013         _____
                              **HONORABLE PAUL L. ABRAMS**
                              United States Magistrate Judge

2